1060

*In the Matter of the Marriage of* HILLERY LORE NYE LEE, *Appellant*, and RALPH BRYAN LEE, *Respondent*.

The unpublished opinion in the above captioned case was *withdrawn* by the Court of Appeals on May 8, 2017. A substitute unpublished opinion was filed on the same date. See 198 Wn. App. 1069.

THE STATE OF WASHINGTON, *Respondent*, v. BRETT DOMINIC WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-01538-5, Bruce E. Heller, J., entered December 18, 2015. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Cox and Mann, JJ.

ANNETTE ANDERSON, *Appellant*, v. THYSSENKRUPP ELEVATOR CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-27879-9, Veronica Alicea Galván, J., entered December 11, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Trickey, A.C.J., and Cox, J.

*In the Matter of the Personal Restraint of* KYLE CHRISTOPHER BUCKINGHAM, *Petitioner*.

Petition for relief from personal restraint. *Remanded with instructions* by unpublished opinion per Mann, J., concurred in by Verellen, C.J., and Cox, J.